The People of the State of New York, Respondent, *v.*
Adelbert E. Hoyt, Appellant.

*People* v. *Hoyt,* 139 App. Div. 933, affirmed.
(Argued March 1, 1911; decided March 21, 1911.)

Appeal from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered July
8, 1910, which affirmed a judgment of the Court of General
Sessions of the Peace in the county of New York rendered
upon a verdict convicting the defendant of the crime of grand
larceny in the first degree.

*Clark L. Jordan* for appellant.

*Charles S. Whitman, District Attorney (Robert C. Taylor*
of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: Cullen, Ch. J., Gray, Werner, Willard Bart-
lett, Hiscock, Chase and Collin, JJ.

---

The People's Bank of the City of New York, Respondent,
*v.* Fuller's Express Company, Appellant, Impleaded with
Another.

*People's Bank of City of New York* v. *Fuller's Express Co.,* 136 App. Div.
937, affirmed.
(Argued March 1, 1911; decided March 21, 1911.)

Appeal from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
February 10, 1910, affirming a judgment in favor of plaintiff
entered upon a verdict directed by the court in an action
to recover upon a promissory note.

*Paule Eugene Jones* for appellant.

*Herbert R. Limburg* and *Harry F. Mela* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Werner, Willard Bartlett,
Hiscock, Chase and Collin, JJ. Not sitting: Gray, J.